UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 HEALTH FUND; TRUSTEES OF THE I.U.P.A.T. DISTRICT COUNCIL #11 JOINT APPRENTICESHIP AND TRAINING FUND; and DISTRICT COUNCIL #11 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, AFL-CIO<br><br>Plaintiffs<br><br>vs.<br><br>BELARDINO'S PAINTING SERVICE, INC.<br><br>Defendant | Civil Action No.: 3:10-cv-0258 (CFD)<br><br><br><br>April 7, 2010 |

## AFFIDAVIT OF LEO RICCIARDELLI

The undersigned, Leo Ricciardelli, being duly sworn, hereby deposes and states:

1. I am over the age of eighteen (18) years and understand the meaning and obligation of an oath.

2. I am the Contract Administrator of Insurance Programmers, Inc. (hereinafter referred to as "IPI"). IPI is the Administrator for the Trustees of the I.U.P.A.T District Council #11 Health Fund; Trustees of the I.U.P.A.T. District Council #11 Joint Apprenticeship and Training Fund; and District Council #11 of the International Union of Painters and Allied Trades, AFL-CIO (hereinafter referred to as the "Funds"). As such, I am personally familiar with the facts stated herein.

3. Belardino's Painting Service, Inc. (hereinafter "Belardino's Painting") at all relevant times, was signatory to a Collective Bargaining Agreement with District Council #11 of the International Union of Painters and Allied Trades.

4. Pursuant to the Collective Bargaining Agreement, Belardino's Painting agreed to pay the Funds certain sums of money for each hour worked by employees of Belardino's Painting covered by the Agreement.

5. Belardino's Painting employed covered employees during the time period of calendar years 2006 through 2008. A payroll audit for this time period disclosed Belardino's Painting owed the amount of **$12,113.64** to the Funds. On or about July 22, 2009, Belardino's Painting entered into a Settlement Agreement with the Funds.

6. Belardino's Painting defaulted on the terms of the Settlement Agreement by failing to make the required monthly installment payments. The contributions due and owing under the Settlement Agreement are **$11,037.36**.

7. Belardino's Painting also employed covered employees for the months of September through November 2009.

8. Belardino's Painting failed to pay contributions for the months of September through November 2009 in the amount of **$10,437.76**.

9. Belardino's Painting owes the Funds the amount of **$11,037.36** as set forth in paragraph six (6) and **$10,437.76** as set forth in paragraph eight (8), for a total amount due in contributions of **$21,475.12**.

10. Section five (5) of the Funds' "Collection, Delinquency and Audit Policy" provides for liquidated damages in the amount of twenty percent (20%) of the delinquent amount. Therefore, liquidated damages sustained by the Plaintiffs are **$4,295.02**.

DATED this 7th day of April 2010, at Wallingford, Connecticut.

_____
Leo Ricciardelli, Contract Administrator

Subscribed and sworn to before me this 7th day of April 2010.

_____
Notary Public

LAUREEN HAGER
NOTARY PUBLIC
State of Connecticut
My Commission Expires
August 31, 2010